No. 894. Bollenbach *v.* Botany Consolidated Mills, Inc. et al. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George W. C. McCarter* for petitioner. *Messrs. Merritt Lane* and *Wm. St. John Tozer* for respondents.

No. 896. Morris *v.* Davis, Sheriff, et al. May 24, 1937. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Messrs. J. P. Cox, Jr.,* and *James D. Buster* for petitioner. No appearance for respondents.

No. 898. Sanborn et al. *v.* Commissioner of Internal Revenue. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Llewellyn A. Luce* and *John M. Cleary* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for respondent.

No. 901. Chicago, St. P., M. & O. Ry. Co. *v.* Kulp, Administrator. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Warren Newcome* and *Wm. T. Faricy* for petitioner. *Messrs. Mortimer H. Boutelle* and *Walter H. Newton* for respondent.

No. 913. Nash *v.* Commissioner of Internal Revenue. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Claude M. Houchins* for petitioner. *Solicitor Gen-*